UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00183

**Stephen L. Darden,**
*Plaintiff,*

v.

**Gregg County Sheriff Office,**
*Defendant.*

### ORDER

Plaintiff Stephen L. Darden, proceeding pro se and in forma pauperis, filed this action under 42 U.S.C. § 1983. Doc. 1. The case was referred to a magistrate judge, who ordered plaintiff to file an amended complaint. Doc. 5 at 3. That order warned plaintiff that failing to file an amendment within 30 days could result in dismissal of his case. *Id.*

Plaintiff failed to file an amended complaint. Thus, the magistrate judge recommended that plaintiff's case be dismissed without prejudice for want of prosecution. Doc. 9 at 2. That report also noted that plaintiff failed to comply with a court order. *See id.* at 1–2; Doc. 5. Plaintiff did not file objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's complaint is dismissed without prejudice for failure to prosecute and for failure to comply with a court order. Any pending motions are denied as moot.

*So ordered by the court on October 20, 2025.*

J. CAMPBELL BARKER
United States District Judge

- 1 -